Dismissed and Memorandum Opinion filed August 25, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00481-CV

____________

 

IN THE INTEREST OF F.A.H.G., A CHILD

 



 

On Appeal from the 309th District Court

Harris County, Texas

Trial Court Cause No. 2010-03649

 



 

M E M O R
A N D U M   O P I N I O N

According to information provided to this court, this appeal
is from a final decree terminating parental rights signed May 12, 2011.  No
clerk’s record has been filed.  The clerk responsible for preparing the record
in this appeal informed the court appellant did not make arrangements to pay
for the record.  The clerk has also advised this court that appellant, Lindsay
Grice, filed a pauper’s affidavit on May 27, 2011, and on June 16, 2011, the
trial court denied appellant pauper status for appeal.  Appellant has not
appealed the trial court’s ruling denying his claim of indigence.

On July 27, 2011, notification was transmitted to all parties
of the court’s intention to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment.  See Tex. R. App. P.
37.3(b).  Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Brown, Boyce and McCally.